UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

PEDRO ROSARIO,

           Plaintiff,

  - against -

AMSHER COLLECTION SERVICES, INC.,

           Defendant.
―――――――――――――――――――――――――――――――

24-cv-5640 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The deadline for the defendant to answer was August 26, 2024. See ECF No. 6. To date, no answer has been filed. The time to answer is extended to **September 13, 2024.**

**SO ORDERED.**

Dated:   New York, New York
           August 30, 2024

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                             United States District Judge